BEFORE THE SECOND DIVISION, AUGUST 19, 1963

No. 67936.—Adorence Co. et al. *v.* United States, protests 60/9643, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens simlar in use to cotton gloves and mittens made of fabric knit on a warp-knitting or other machine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained as to the merchandise withdrawn from warehouse prior to September 13, 1958, the effective date of T.D. 54676.